

Law Offices of
# Kenneth Hiller PLLC

Main Office: 6000 North Bailey Avenue, Suite 1A, Amherst, New York 14226
Telephone: (716) 564-3288   Facsimile: (716) 332-1884
Toll Free Number: (877) 236-7366
www.kennethhiller.com

**VIA FAX 585-613-4325**

October 27, 2014

Hon. Elizabeth A. Wolford
U. S. District Court
U. S. Courthouse
100 State Street
Rochester, New York 14614

Re: **Donna Garfield v. Ocwen Loan Servicing, LLC**
    **Docket No. 6:14-cv-06440**

Dear Judge Wolford:

The Plaintiff's Response to Defendnat's Motion to Dismiss is due to be filed in the above-referenced matter on or before October 27, 2014. We are hereby requesting an extension to file Plaintiff's Response to on or before November 12, 2014. We are also requesting that Defendant's Reply be extended to on or before December 5, 2014.

Defendant's counsel has no objection to this request for an extension of time to file our Response and their Reply.

We are also requesting that the oral argument currently scheduled for November 14, 2014, be adjourned until after December 5, 2014. Due to Plaintiff's counsel schedule, we would request the oral argument be scheduled for some time during the week of December 8, 2014, or in January of 2015.

Thank you for your consideration in this matter.

Very truly yours,

Seth J. Andrews, Esq.

SJA/ld
cc.   Gary N. Smith, Esq. (Fax: (862) 902-4797)

SO ORDERED:                                      10-27-14

Hon. Elizabeth A. Wolford

Oral argument reset from 11/14/2014 to
January 5, 2015 at 11:30 a.m.

*Social Security Disability, Consumer Litigation and Long Term Disability*