UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DONNA GARFIELD,

              Plaintiff,

    v.

OCWEN LOAN SERVICING, LLC,

              Defendant.
_____

ORDER

14-CV-6440W

       Further to a status conference having been held with this Court and counsel for the parties on April 11, 2017, it is hereby

       ORDERED that, by no later than **June 12, 2017**, counsel for plaintiff shall advise the Court whether plaintiff intends to proceed with this action and, if so, submit in writing a joint proposed amended scheduling order.

**IT IS SO ORDERED.**

                                            _____
                                              MARIAN W. PAYSON
                                         United States Magistrate Judge

Dated: Rochester, New York
       April 12, 2017