# Law Offices of Kenneth Hiller, PLLC

Main Office: 6000 North Bailey Avenue, Suite 1A, Amherst, New York 14226
Telephone: (716) 564-3288  Facsimile: (716) 332-1884
Toll Free Number: (877) 236-7366
www.kennethhiller.com

RECEIVED
JUN 12 2017
MARIAN W. PAYSON
U.S. Magistrate Judge
Western District of New York

June 12, 2017

Hon. Marian W. Payson
US Courthouse
100 State Street
Rochester, NY 14614
Via Fax: 585-613-4085

**Re: Donna Garfield v. Ocwen Loan Servicing, LLC**
**Civil Action No. 6:14-cv-06440**

Dear Judge Payson:

This letter is to request that the Court grant Plaintiff two weeks to file a petition in surrogates court to intercede on behalf of the estate as a creditor of the estate. We respectfully ask the Court to set a status conference for 45 days after filing the petition.

Respectfully yours,

*[signature]*

Seth J. Andrews, Esq.

*[handwritten:]* A status conference shall be held on this matter on 8/23/17 at 11:00 a.m.

SO ORDERED.
Marian W Pays[on]
USMJ
6/13/17

Cc: Gary Neal Smith, Esq.
    Houser & Allison, APC
    One Gateway Center, Suite 2500
    Newark, NJ 07102
    Fax: 862-902-4797

SJA/gb

*Social Security Disability, Consumer Litigation and Long Term Disability*