UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DONNA GARFIELD,

              Plaintiff,

     v.

OCWEN LOAN SERVICING, LLC,

              Defendant.

_____

ORDER

14-CV-6440W

       Plaintiff having filed a second motion to substitute party (Docket # 40), and Michael E. Eskenazi, Esq., counsel for defendant, having filed a letter indicating that defendant has no opposition to plaintiff's motion (Docket # 43), and this Court having considered the papers, it is hereby

       ORDERED, that plaintiff's second motion to substitute party **(Docket # 40)** pursuant to Fed. R. Civ. P. 25 is **GRANTED**. The Clerk of the Court is directed to substitute Shonta LeGree for and in place of plaintiff Donna Garfield. It is further

       ORDERED, that counsel shall confer and submit to this Court in writing a joint proposed amended scheduling order by no later than **June 18, 2018**.

**IT IS SO ORDERED.**

                                                _/s/ Marian W. Payson_
                                                MARIAN W. PAYSON
                                               United States Magistrate Judge

Dated: Rochester, New York
       June 4, 2018